# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:10-cv-00922-RPM

GEORGETTE KONZAK,

  Plaintiff,

v.

WELLS FARGO BANK, N.A.,

  Defendant.

## ORDER RE: UNOPPOSED MOTION TO FILE AMENDED ANSWER TO PLAINTIFF'S COMPLAINT

  Upon review of Defendant's Unopposed Motion to File Amended Answer to Plaintiff's Complaint [17] filed on September 22, 2010, it is

  ORDERED that the motion is granted and the Amended Answer attached thereto is accepted for filing.

  Dated this 23rd day of September, 2010.

              BY THE COURT:

              s/Richard P. Matsch

              _____
              Richard P. Matsch, Senior Judge