IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00922-RPM

GEORGETTE KONZAK,

    Plaintiff,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

---

ORDER AMENDING SCHEDULING ORDER

---

Pursuant to the Joint Stipulated Motion to Amend Scheduling Order [21] filed on December 2, 2010, it is

ORDERED that the Scheduling Order is amended as follows:

    a.    Expert disclosure deadline: February 14, 2011;

    b.    Rebuttal expert disclosure deadline: March 16, 2011;

    c.    Deadline to complete expert discovery: April 7, 2011; and

    d.    Dispositive motion deadline: May 9, 2011.

Dated:    December 2nd, 2010

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge