**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:10-cv-00922-RPM

GEORGETTE KONZAK,

       Plaintiff,

v.

WELLS FARGO BANK, N.A.,

       Defendant.

---

**ORDER RE: UNOPPOSED MOTION TO AMEND SCHEDULING ORDER**

---

       Upon review of Defendant's Unopposed Motion to Amend Scheduling Order [24] filed today, it is

       ORDERED that the motion is granted and the Scheduling Order is amended as follows:

       Deadline to complete discovery:  April 7, 2011.

DATED this 24th day of February, 2011.

                                                  BY THE COURT:

                                                s/Richard P. Matsch

                                                _____

                                                Richard P. Matsch, Senior District Judge