IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: September 21, 2011
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 10-cv-00922-RPM

GEORGETTE KONZAK,                       Anna Itenberg
                                                            Sander N. Karp

       Plaintiff,

v.

WELLS FARGO BANK, N.A.,                   Stacy D. Mueller
                                                            Steven W. Moore

       Defendant.
_____

**COURTROOM MINUTES**
_____

**Hearing on Motion for Summary Judgment**

**10:59 a.m.**      **Court in session.**

Court's preliminary remarks and states its summary of the case facts and claims.

**ORDERED:**      **Plaintiff's motion to strike Investigative Report / Johnson's Affidavit is denied.**

11:06 a.m.      Argument by Ms. Mueller.

11:16 a.m.      Argument by Ms. Itenberg.

**Court's oral findings as stated on record.**

**ORDERED:**      **Defendant's Motion for Summary Judgment [28], is granted.**
                            **Case dismissed.**

**11:28 a.m.**      **Court in recess.**

Hearing concluded. Total time: 29 min.