IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00922-RPM

GEORGETTE KONZAK,

    Plaintiff,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

---

ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

---

Pursuant to the hearing held today and based upon the oral findings and conclusions made of record at the hearing, it is

ORDERED that the defendant's motion for summary judgment is granted and the Clerk will enter judgment for the defendant, dismissing this civil action and awarding statutory costs.

Dated: September 21st, 2011

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge